UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; NATIVE FISH SOCIETY; UMPQUA WATERSHEDS; and PACIFIC RIVERS, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, in his official capacity as Assistant Administrator for Fisheries of the National Marine Fisheries Service; and HOWARD LUTNICK, in his official capacity as Secretary of the U.S. Department of Commerce, <br><br>　　　　　　Defendants. | Case No. 3:25-cv-00258-AR <br><br>**ORDER GRANTING JOINT MOTION TO ENTER SETTLEMENT AGREEMENT** |

　　The Parties move for entry of the Stipulated Settlement Agreement ("Agreement"). *See* ECF No. 17-1. Having considered the Joint Motion to Enter Settlement Agreement, ECF No. 17, and finding good cause, the Court hereby **GRANTS** the joint motion, and **ORDERS** that the Agreement, ECF No. 17-1, is **ENTERED**. Plaintiffs' Complaint is hereby **DISMISSED** with prejudice.

　　Notwithstanding the dismissal of this action, this Court will retain jurisdiction to oversee compliance with the terms of the Agreement, and to resolve any motions to modify the terms of the Agreement or enforce the Agreement, subject to the modification and dispute resolution procedures specified in Paragraph 3 of the Agreement.

It is so **ORDERED**.

ENTERED:   June 27, 2025.

                                          /s/ Jeff Armistead
                                        THE HONORABLE JEFF ARMISTEAD
                                        UNITED STATES MAGISTRATE JUDGE