ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
KIERAN F. O'NEIL, Trial Attorney (AK Bar No. 2311132)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 598-0409
Fax: (202) 305-0275
E-mail: Kieran.O'Neil@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; NATIVE FISH SOCIETY; UMPQUA WATERSHEDS; and PACIFIC RIVERS,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, in his official capacity as Assistant Administrator for Fisheries of the National Marine Fisheries Service; and HOWARD LUTNICK, in his official capacity as Secretary of the U.S. Department of Commerce,<br><br>Defendants. | Case No. 3:25-cv-00258-AR<br><br>**DEFENDANTS' MOTION FOR STAY OF DEADLINES TO COMPLY WITH THE COURT'S JUNE 27, 2025, ORDER IN LIGHT OF LAPSE OF APPROPRIATIONS** |

The National Marine Fisheries Service ("Service"), Eugenio Piñeiro Soler, in his official capacity as Assistant Administrator for Fisheries of the Service, and Howard Lutnick, in his official capacity as Secretary of the U.S. Department of Commerce (collectively, "Defendants"), hereby move for a stay of deadlines to comply with the Court's June 27, 2025, Order in the above-captioned case. Plaintiffs Center for Biological Diversity, Native Fish Society, Umpqua Watersheds, and Pacific Rivers take no position on this motion.

1.  On June 27, 2025, the Court granted the Parties' joint motion to enter a settlement agreement. *See* Dkt. No. 18. Pursuant to Paragraph 1 of the agreement, on or before November 3, 2025, the Service shall review the status of the Oregon Coast ("OC") and Southern Oregon and Northern California Coastal ("SONCC") evolutionary significant units ("ESUs") of Chinook salmon and submit to the Office of the Federal Register 12-month findings as to whether listing the OC and SONCC ESUs as threatened or endangered under the Endangered Species Act ("ESA") is (a) not warranted; (b) warranted; or (c) warranted but precluded by other pending proposals, pursuant to 16 U.S.C. § 1533(b)(3)(B). *See* Dkt. No. 17.

2.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Service. The Department does not know when such funding will be restored by Congress.

3.  Absent an appropriation, Department of Justice attorneys and employees of the Service are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4.     Undersigned counsel for the Department of Justice therefore requests a stay of the Court's November 3, 2025, deadlines for the Service to submit to the Office of the Federal Register 12-month findings regarding the OC and SONCC ESUs until Congress has restored appropriations to the Department and the Service, commensurate with the duration of the lapse in appropriations.

5.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department and the Service. The Government requests that, at that point, the current deadlines for the Service to submit to the Office of the Federal Register 12-month findings regarding the OC and SONCC ESUs be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

6.     Consistent with Paragraph 3 of the settlement agreement, counsel for Defendants conferred with Plaintiffs' counsel regarding this motion. Plaintiffs' counsel indicated that Plaintiffs take no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the Court's November 3, 2025, deadlines for the Service to submit to the Office of the Federal Register 12-month findings regarding the OC and SONCC ESUs in this case until Department of Justice attorneys and Service employees are permitted to resume their usual functions, and requests that these deadlines be extended commensurate with the lapse in appropriations.

Respectfully submitted this 16th day of October, 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment and Natural Resources Division
        MEREDITH L. FLAX, Deputy Section Chief
        NICOLE M. SMITH, Assistant Section Chief

        */s/ Kieran F. O'Neil*
        KIERAN F. O'NEIL, Trial Attorney
        AK Bar No. 2311132
        Wildlife & Marine Resources Section
        P.O. Box 7611, Ben Franklin Station
        Washington, D.C. 20044
        Phone:  (202) 598-0409
        Fax:     (202) 305-0275
        E-mail:  Kieran.O'Neil@usdoj.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Oregon using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Kieran F. O'Neil*
KIERAN F. O'NEIL, Trial Attorney
AK Bar No. 2311132
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Phone:   (202) 598-0409
Fax:       (202) 305-0275
E-mail:   Kieran.O'Neil@usdoj.gov

*Attorney for Defendants*